**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**AT BECKLEY**

UNITED STATES OF AMERICA

v.                                          CRIMINAL ACTION NO. 5:26-cr-00030

MICHAEL PACK

## ORDER

On March 30, 2026, all counsel and the Defendant appeared for a guilty plea hearing.  The single-count Information charges the Defendant with Conspiracy to Deprive Inmates of the Right to Due Process in violation of 18 U.S.C. § 371, including the Right to be Free from Unreasonable Force by Correctional Officers Acting Under Color of Law, in violation of 18 U.S.C. § 242. [Doc. 6]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on March 30, 2026. [Doc. 22]. Objections in this case were due on April 16, 2026. [*Id*.]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 22**] and **DEFERS** acceptance of the plea agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER:  May 4, 2026

Frank W. Volk
Chief United States District Judge